UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NEWTON WAITE,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL
DETENTION FACILITY, et al.,

Respondents.

Case No.:  26cv3617-LL-SBC

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241**

[ECF No. 1]

Before the Court is Petitioner Newton Waite's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1 ("Pet.")], alleging that he has been detained for "an unconstitutionally prolonged period of time." Pet. ¶ 33.

Respondents filed a Response, in which they contend that Petitioner is subject to a final order of removal and detained under 8 U.S.C. § 1231(a), but also state that "taking into consideration the length of time Petitioner has been in custody, the government does not oppose that this Court order Petitioner to be released from custody subject to conditions of supervision." ECF No. 6 at 1.

Accordingly, the Court **ORDERS** as follows:

1.      Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**.

1

2.     Respondents are **ORDERED** to immediately release Petitioner from custody, subject to supervision pursuant to 8 U.S.C. § 1231(a)(3).

3.     Respondents are **ENJOINED** from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until Respondents obtain a travel document for his removal and follow all applicable statutory and regulatory procedures.

4.     The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED.**

Dated:  July 9, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv3617-LL-SBC